Margaret Eidt and John C. Eidt, Two of the Executors, etc., of Jacob Eidt, Jr., Deceased, Respondents.— Decree affirmed, with costs. No opinion.

Guiseppe Di Prima, as Administrator, etc., of Frank Di Prima, Deceased, Respondent, v. Consumers' Brewing Company of New York, Limited, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event as against the weight of evidence as to the defendant's negligence and as to the contributory negligence of the custodian of plaintiff's intestate. Laughlin, J., dissenting.

Gustav Obendorfer and Leopoldine Obendorfer, Respondents, v. The City of New York and The Empire State Surety Company, Appellants.— Judgment reversed and complaint dismissed as to defendant The City of New York, with costs in this court and in the court below. Judgment affirmed, with costs, as to the defendant The Empire State Surety Company. No opinion. Settle order on notice.

Lillian Seville, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment affirmed, with costs. No opinion.

George Leask and Others, as Executors, etc., of Hudson Hoagland, Deceased, Respondents, v. Mary Emma McCarty, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Carrie M. Newman, as Administratrix, etc., of William F. Newman, Deceased, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event unless plaintiff stipulates to reduce verdict to $12,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Margaret McArthur, as Administratrix, etc., of Rosalie McArthur, Deceased, Respondent, v. Central Union Gas Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Joseph Jameson, as Administrator, etc., of Sarah E. Jameson, Deceased, Respondent, v. Central Union Gas Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $7,500, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Samuel P. Norton and George W. Norton, Appellants, v. American Exchange National Bank, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Julian Benedict, Respondent, v. Robert S. Smith, Appellant.— Judgment-and order affirmed, with costs. No opinion.

Frederick Hoffman, Respondent, v. John C. Gabler, Appellant.— Judgment and order affirmed, with costs. No opinion.

Henry C. Griffin, Respondent, v. Gustav Ernst, Appellant, Impleaded with Henry Sielleck, Jr.— Judgment affirmed, with costs, on 124 Appellate Division, 289.